IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

WILLIAM LEE KIRBY, #182 340   *

   Petitioner,   *

   v.   *   3:06-CV-456-WKW

LEON FORNISS, WARDEN, *et al*.,   *

   Respondents.   *

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's Motion for Leave to Proceed *In Forma Pauperis* and for good cause, it is

ORDERED that the motion (Doc. No. 2) be and is hereby GRANTED.

Done, this 30th day of May 2006.

                   **/s/ Delores R. Boyd**
                   DELORES R. BOYD
                   UNITED STATES MAGISTRATE JUDGE