IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM LEE KIRBY, ) | |
| ) | |
| Petitioner, ) | |
| ) | CIVIL ACTION NO. |
| vs. ) | 3:06-CV-456- WKW(WO) |
| ) | |
| WARDEN LEON FORNISS, ) | |
| et al., ) | |
| ) | |
| Respondents. ) | |

## MOTION FOR ENLARGEMENT

Come now the Respondents in the above-styled cause and request an enlargement of fourteen days to respond to this Court's Order to show cause. Counsel for the Respondents has been involved in other work in the federal district courts and the appellate courts of the State of Alabama and therefore has had insufficient time in which to complete Respondents's Answer.

Wherefore, in consideration of the aforementioned reasons, the Respondents pray that this Honorable Court will grant this request for fourteen days to respond.

I am this date mailing a copy of this request for an extension of time to the petitioner.

                         Respectfully submitted,

                         Troy King (KIN047)
                         Attorney General
                         By:

                         s/Jean A. Therkelsen
                         Jean A. Therkelsen
                         Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>19th</u> day of June, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: <u>William Lee Kirby, AIS #182340, Staton Correctional Facility, P. O. Box 56, Elmore, Alabama  36025</u>.

Respectfully submitted,

s/Jean A. Therkelsen
Jean A. Therkelsen
Office of the Attorney General
Alabama State House
11 South Union
Montgomery, AL  36130-0152
Telephone: (334) 242-7300
Fax: (334) 242-2848
E-Mail: JTherkelsen@ago.state.al.us

145721/95828-001