IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

WILLIAM LEE KIRBY, #182 340            *

    Petitioner,                                          *

v.                                                          *          3:06-CV-456-WKW

LEON FORNISS, WARDEN, *et al*.,     *

    Respondents.                                     *

_____

**ORDER ON MOTION**

Upon consideration of Respondents' Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Respondents' Motion for Extension of Time (Doc. No. 7) is GRANTED;

2. Respondents are GRANTED an extension from June 20, 2006 to July 5, 2006 to file their answer.

Done, this 20th day of June 2006.

                                  **/s/ Delores R. Boyd**
                                  DELORES R. BOYD
                                  UNITED STATES MAGISTRATE JUDGE