# THE STATE OF ALABAMA— JUDICIAL DEPARTMENT
## THE COURT OF CRIMINAL APPEALS

### CERTIFICATE OF JUDGMENT

40518
Therkelsen

**Criminal Appeals Case**     CR-01-1540

William Lee Kirby v. State of Alabama (Appeal from Lee Circuit Court: CC01-1001; CC01-1002; CC01-1003).

Whereas, the appeal in the above cause having been duly submitted and considered, it is now hereby certified that on the 15th day of November, 2002, the judgment of the court below was affirmed.

Witness, Lane W. Mann, Clerk,
Court of Criminal Appeals, this
3rd day of December, 2002

Clerk
Court of Criminal Appeals
State of Alabama



EXHIBIT E