IN THE DISTRICT COURT OF THE UNITED STATES
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM LEE KIRBY, # 182340 | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 3:06-CV-456-WKW |
| LEON FORNISS, et. al., , | ) |
| Debtor. | ) |

## ANSWER TO PETITION UNDER 28 U.S.C. Section 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

COMES NOW, the Former Attorney for the Petitioner, Larry G. Cooper, and hereby files this Answer to Petition and would show unto the Court as follows:

1. That the Respondent denies the allegations contained in WILLIAM LEE KIRBY/s petition and demands strict proof thereof.

2. That filed and attached hereto is a " Affidavit of Attorney Larry G. Cooper, Former Attorney of Petitioner".

3. Please see attached Exhibits filed in addition to said affidavit.

WHEREFORE, Respondent prays that this Court would deny the Petition filed by the Petition pending the outcome and findings of the United States District Court.

_____
Larry G. Cooper
Respondent

## CERTIFICATE OF SERVICE

I hereby certify the I have served a copy of the foregoing <u>ANSWER</u> upon the, William Lee Kirby, Petitioner by sending a copy of same by first class U. S. Mail, postage prepaid, and by electronic filing on this _26th_ day of __July_, 2006.

 

_____
Larry G. Cooper
Respondent
P.O. Box 1868
Auburn, AL 36831-1868
(334) 502-0022