Dear Debra P. Hackett,                                    12-20-06

My name is William Lee Kirby #182340, I was at Staton Prison when I wrote you last about copies of my petition. Since then I was sent to South Louisianna Cor. Center 3843 Stagg Ave, Basile, La 70515.

My father sent a money order for $7.50 for copies. Sence then we have not yet gotton the petition. If you could please check into this. My fathers name is Joe Kirby, P.O. Box 41, Weaverly Al, 36879. He may have wrote the money order out to Honne Goodhee. I hope you can help me in this matter. Thank you so much. And have a very Merry Christmas. The petition is 15 pages long. Thank you very much!

Sineerly,
William Lee Kirby
#182340

case number,
3:06 cv 456-WKW.

William Lee Kirby #A-182340, BearCat #3, Bed #31.
South Louisianna Cor Center.
3843 Stagg Ave
Basile, La 70515