Dear Court Clerk,                                              11-20-07

My name is William Lee Kirby A.I.S.#182340, I filed in your court in 2006 at Staton Prison, Then I was trainsfered to South Louisianna Cor. Center in late 2006. I am not there any more, and I'm located at Fountain Prison, Atmore AL. 36503. If there has been any ruling or up date sence 1-05-2007, Due to the retirement of Judge Delores R. Boyd this case has been reassigned to Jude Terry F. Moorer as refferral judge (cc,) (Entered 01/05/2007) Thank you so much for your help.

William Lee Kirby #182340
G-46/A
Fountain Prison
3800 Fountain
Atmore, AL 36503

Case number:
3:06 cv 456-WKW

William Lee Kirby AIS#182340, G-46/A
3800 Fountain
Atmore, AL
       36503



MOBILE AL 365
20 NOV 2007PM 2 L

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, AL
        36101

36101+0711