Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama

RECEIVED
2008 MAR 28 A 9:37
DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Re. William Lee Kirby
vs.
Leon Furniss — Warden
Docket Case No. 3:06-CV 00456-WKB-DRB

Now in this Honorable Court.

Petitioner submitted and Habeas Corpus was filed by this Honorable Courts Clerk on 5-25-2006.

Petitioner is a Alabama Inmate, who who submitted Habeas Corpus from a South Louisiana Correcenter, and the last status update petitioner received was dated 01-05-2007.

Petitioner is actually and factually innocent and his allegations are ineffective assistance of counsel and the consolidation of the "two" indictments of which petitioner was convicted.

Petitioner has written this Honorable Court, since his return to Alabama, the outgoing mail gets lost or misplaced and inmates here at Fountain, get no answer, in response. Petitioner therefore requests this Honorable Court Clerk to please answer and advise petitioner the status of this case.

Respectfully submitted  William Lee Kirby

CERTIFICATE OF SERVICE

This is to certify that petitioner has mailed a copy of this letter to the following address,

Office of Attorney General
Honorable, Jean A. Therkelsen
Alabama State House
11 South Union Street
Montgomery, Alabama. 36130-0152

This 24th day of March 2008.

William Lee Kirby
PETITIONER.

William Lee Kirby AIS - 182340
G-1-70-B Fountain Corr. Center 3800
Atmore, Alabama - 36503-5001

MOBILE AL 366
26 MAR 2008 PM 1 L

"LET US DARE TO
THINK, SPEAK
John Adams, 17
poweroftheletter.com

Debra P. Hackett, Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama. 36101-0711

36101+0711