IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

WILLIAM LEE KIRBY, #182 340           *

    Petitioner,                                      *

    v.                                                      *           3:06-CV-456-WKW

LEON FORNISS, WARDEN, *et al*.,          *

    Respondents.                                    *

_____

**ORDER ON MOTION**

Upon consideration of the Motion for Status filed by Petitioner, and for good cause, it is

ORDERED that the motion (*Doc. No. 21*) be and is hereby GRANTED. Petitioner is advised that this case is pending on his petition for habeas corpus relief, Respondents' answers thereto, and Petitioner's response. Petitioner is further advised that no additional pleadings are necessary to a determination of the issues presented herein and he will be informed of any action undertaken by the court on his petition. The court notes that this matter is ready for review and a decision shall be rendered within due course as the court's schedule permits.

Done, this 1st day of April 2008.

                                             /s/ Terry F. Moorer
                                             TERRY F. MOORER
                                             UNITED STATES MAGISTRATE JUDGE