IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

WILLIAM LEE KIRBY, #182 340         *

    Petitioner,                                    *

    v.                                                   *           3:06-CV-456-WKW

LEON FORNISS, WARDEN, *et al*.,      *

    Respondents.                              *

_____

**ORDER**

For good cause, the Clerk is DIRECTED to substitute the attached page for page 12 of the Recommendation of the Magistrate Judge entered on September 9, 2008.

Done, this 9th day of September 2008.

                                          /s/ Terry F. Moorer
                                          TERRY F. MOORER
                                          UNITED STATES MAGISTRATE JUDGE

decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

Done, this 9th day of September 2008.

    /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE