IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM LEE KIRBY, | ) | |
| # 182 340 | ) | |
|     Petitioner, | ) | |
| v. | ) | CASE NO. 3:06-cv-456-WKW |
| | ) | |
| LEON FORNISS, WARDEN, *et al.,* | ) | |
| | ) | |
|     Respondents. | ) | |

**<u>ORDER</u>**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc # 23), and upon an independent review of the file in this case, it is ORDERED that the Recommendation is adopted and that:

1. Petitioner's 28 U.S.C. § 2254 petition for habeas corpus relief filed on May 25, 2006 is DENIED.

2. This cause of action is DISMISSED with prejudice as time-barred.

An appropriate judgement will be entered.

DONE this 1st day of October, 2008.

                                              /s/ W. Keith Watkins
                                          UNITED STATES DISTRICT JUDGE